Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

RECIEVED
UNION CORRECTIONAL INSTITUTION

# UNITED STATES DISTRICT COURT

for the

District of

Division

DEC 2 2 2022

BY
FOR MAILING

Case No. 3:22-cv-1437-mmH-PDB

*(to be filled in by the Clerk's Office)*

GERNARD DENEZ CHESTNUT

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

TRENT RULEVITCH

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

SEE ATTACHED

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2022 DEC 29 AM 11: 33
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Mattox
Wiggins
Barton
Michael Figgers
Michael Brown
Elias Encarnacion
Ronnie Weems
Brandon Johnson
Logan Johnson
Manucy, J.
Robert Brown
Duborrow
James Mc Clure
Randall
Travis Lamb
Tiffani Knox
Taylor

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Gernard Dener Chestnut |
| All other names by which you have been known: | |
| ID Number | 130146 |
| Current Institution | Union C.I. |
| Address | P.O. Box 1000 |
| | Raiford                FL            32083 |
| | *City*                 *State*        *Zip Code* |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Trent Rulevitch |
| Job or Title *(if known)* | Sargeant |
| Shield Number | |
| Employer | FL. DOC |
| Address | Union C.I.   P.O. Box 1000 |
| | Raiford                FL.          32083 |
| | *City*                 *State*        *Zip Code* |

☑ Individual capacity   ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Mattox |
| Job or Title *(if known)* | Officer |
| Shield Number | |
| Employer | FL. DOC |
| Address | Union C.I.   P.O. Box 1000 |
| | Raiford                FL.          32083 |
| | *City*                 *State*        *Zip Code* |

☑ Individual capacity   ☑ Official capacity

3

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name                           Wiggins

    Job or Title *(if known)*      Officer

    Shield Number

    Employer                  FL. DOC

    Address

                             Raiford          FL.    32083

                                   *City*          *State*     *Zip Code*

            ☑ Individual capacity    ☑ Official capacity

Defendant No. 4

    Name                           Barton

    Job or Title *(if known)*      Sargeant

    Shield Number

    Employer                  FL. DOC

    Address                  Union C.I.  P.O BOX 1000

                             Raiford         FL     32083

                                   *City*          *State*     *Zip Code*

            ☑ Individual capacity    ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        1st, 5th, 8th, and 14th Amendment as well as 4th Amendment of US Constitution

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4

Defendant No. 5

Name                     Michael Figgers

Job or Title             Captain

Shield Number

Employer                 Union C.I. (FL DOC)

Address                  P.O. BOX 1000

                         Raiford    FL.    32083

                         City       State      Zipcode

                         ☑ individual Capacity  ☑ official capacity


Defendant No. 6

Name                     Michael Brown

Job or Title             Captain

Shield Number

Employer                 Union C.I. (FL. DOC)

Address                  P O BOX 1000

                         Raiford    FL.    32083

                         city       State      zipcode

                         ☑ individual capacity  ☑ Official capacity


Defendant No. 7

Name                     Elias Encarnacion

Job or Title             Lieutenant

Shield Number

Employer                 Union C.I. (FL. DOC)

Address                  P.O. BOX 1000

                         Raiford    FL.    32083

                         City       State      zipcode

                         ☑ Individual capacity  ☑ Official capacity


5

Defendant No. 8

Name                Ronnie Weems

Job or Title        Lieutenant

Shield Number

Employer            Union C.I. (FL DOC)

Address             PO BOX 1000

                    Raiford      FL.      32083
                          City        State      zipcode
                    ☑ individual capacity   ☑ official capacity

Defendant No. 9

Name                Manucy

Job or Title        Lieutenant

Shield Number

Employer            Union C.I. (FL. DOC)

Address             PO BOX 1000

                    Raiford      FL.      32083
                          City        State      zipcode
                    ☑ individual capacity   ☑ official capacity

Defendant No. 10

Name                Johnson, Brandon

Job or Title        Lieutenant

Shield Number

Employer            Union C.I. (FL. DOC)

Address             P.O. Box 1000

                    Raiford      FL       32083
                          City        State      zipcode
                    ☑ individual capacity   ☑ official capacity

Defendant No. 11

Name                Brown, Robert

Job or Title        Lieutenant

Shield Number

Employer            FL. D.O.C.

Address             Union C.I. P.O. BOX 1000

                    Raiford      FL    32083
                          City        State    zipcode
                    ☑ individual capacity   ☑ official capacity

6

Defendant No. 12

Name                    Logan Johnson
Job or Title            Captain
Shield Number
Employer                Union C.I. (FL. DOC)
Address                 P.O. BOX 1000
                        Raiford            FL.        32083
                        City              State      zipcode
                        ☑ individual capacity   ☑ official capacity

Defendant No. 13

Name                    Dubborow
Job or Title            Lieutenant
Shield Number
Employer                Union C.I. (FL. DOC)
Address                 P.O. BOX 1000
                        Raiford            FL.        32083
                        City              State      zipcode
                        ☑ individual capacity   ☑ official capacity

Defendant No. 14

Name                    Randall
Job or Title            Lieutenant
Shield Number
Employer                Union C.I. (FL. DOC)
Address                 Raiford            FL.        32083
                        City              State      zipcode
                        ☑ individual capacity   ☑ official capacity

Defendant No. 15

Name                    James McClure
Job or Title            Sargeant
Shield Number
Employer                Union C.I. (FL DOC)
Address                 P.O. BOX 1000
                        Raiford            FL        32083
                        ☑ individual capacity   ☑ official capacity
                        City              State      zipcode

7

Defendant No. 16

| | |
|---|---|
| Name | Travis Lamb |
| Job or Title | Warden |
| Shield Number | |
| Employer | Union C.I. (FL DOC) |
| Address | PO BOX 1000 |
| | Raiford          FL.      32083 |
| | city          State      zipcode |

☒ Individual capacity  ☒ Official capacity

Defendant No. 17

| | |
|---|---|
| Name | Tiffani Knox |
| Job or Title | Assistant Warden |
| Shield Number | |
| Employer | Union CI. (FL DOC) |
| Address | PO BOX 1000 |
| | Raiford      FL      32083 |
| | city      state      zipcode |

☒ Individual capacity  ☒ Official capacity

Defendant No. 18

| | |
|---|---|
| Name | Taylor |
| Job or Title | Lieutenant |
| Shield Number | |
| Employer | Union CI. (FL DOC) |
| Address | P.O. BOX 1000 |
| | Raiford      FL.      32083 |
| | City      State      zipcode |

☒ Individual capacity  ☒ Official Capacity

8

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

See details listed in Attached Pages in Statement of Claim Section
Each Defendant acted under Color of U.S. and State Constitution
Each Defendant listed acted under Color of State Law

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [✓] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

The following violations were inflicted at Union C.I. (see attached pages)

9

In paragraph # 60   Plaintiff raises Claim for malicious
Force and Conspiracy to commit malicious force 8th Amendment
Violations against Defendants Lt. Burns, Lt. Encarnacian,
and Captain Logan Johnson

In paragraph # 76 Plaintiff raises Claims for Malicious Force
8th Amendment Violations and Conspiracy to commit malicious
Force against Captain Johnson, L.

In paragraph # 84   Plaintiff raises 8th Amendment Malicious Force
Violations against Lieutenant Dubbrow and Lieutenant Watson

In paragraph # 85 Plaintiff raises 8th Amendment Violations for
malicious Force and Conspiracy to inflict malicious Force too against
Captain Michael Fisher, Lt. Encarnacion, and Lt. Blythe

In paragraph # 98 Plaintiff raises 1st Amendment Violations for
Retaliation against Lt. Burns and Lt. Encarnacion

In paragraph # 99 Plaintiff raises 1st, 8th, and 14th Amendment
Violations for Retaliation and Discrimination against Sgt. T.
Rulewitch and Officer Mattox

In paragraph # 99 Plaintiff raises Retaliation Claims in Violation
of 1st Amendment against Defendants Rulewitch, T. and
Officer Mattox

In paragraph # 100 Plaintiff raises Claims of Retaliation and
racial discrimination in violation of 1st and 14th Amendment
against Defendant Rulewitch, T.

In paragraph # 108 Plaintiff raises 8th Amendment Violations against Defendant James McClure for malicious force as well as 1st and 14th Amendment Violations for Retaliation and Discrimination.

In paragraph # 112 Plaintiff raises 1st Amendment Violation for retaliation

In paragraph # 117 Plaintiff raises 8th Amendment Violations for malicious force

In paragraph # 119 Plaintiff raises 8th and 1st Amendment Claims against all listed Defendants for Retaliation and malicious force.

In paragraph #120 Plaintiff raises 1st Amendment Violations for retaliation

In paragraph #121 Plaintiff raises 8th Amendment Violations for malicious force.

In paragraph #124 Plaintiff raises 1st Amendment Violations for retaliation

In paragraph #130 Plaintiff raises
Plaintiff raises 1st Amendment violations for retaliation against Defendant Robert Brown

In paragraph # 133 Plaintiff raises 8th Amendment Violations for malicious force.

11

In paragraph # 150 Plaintiff raises 1st Amendment Violations for retaliation.

In paragraph # 155 Plaintiff raises 1st Amendment Violations for retaliation.

In paragraph # 159 Plaintiff raises 1st Amendment, 8th, and 14th amendment violations for retaliation cruel and unusual deliberate indifference to medical needs and discrimination.

1. I present the following Imminent Danger Circumstances to proceed under the imminent danger exception to the three strikes rule 28 U.S.C. § 1915(g)

2. I also present that I may possibly not be designated as a "(3) Striker" because I recall my Strikes being for "Lack of jurisdiction," of "Qualified Immunity" as cause for "Failure to State a Claim."

3. However, none-the-less my Situation and Circumstances indicate "Imminent Dangers." These circumstances have developed around me partly due to me being Targeted by a racist conspiracy orchestrated from Central Office of Florida DOC Secretary Representatives

4. In this Region of North Florida they have specific Corrupt and White Supremacist operations Set Up by Systemic design where inmates can be beaten brutally or even killed and it is Covered up in a Corrupt alliance as racial, friendly, or political Favors by Inspectors who are particularly assigned to the Close Management Institutions in this Region — specifically, Union C.I., Florida State Prison, Suwannee C.I. and Santa Rosa C.I. These Inspectors then Cover up foul play prior to it reaching Inspector General's headquarters in Tallahassee.
Once it reaches headquarters it is further covered up and brushed under the rug

5. The facts I present in this Complaint provide evidence based upon it Not being isolated Attacks of brutality against me, but rather a Systemic Routine Pattern of brutality in the Same repeated Well-Exposed fashion of Defrauding the Use of Force CamCorder to justify / falsely portray inmate non-Compliance to justify assaulting me behind the guise of a legal cell extraction and with Chemical agents Routinely.

13

6. This corrupt conspiracy is set up in this Region with the Corrupt conspirators at the Institutional level to the Secretary office and Inspector's office where such brutality can be Facilitated at will.

7. This is to strike back at inmates like me who File Complaints, (grievances) and lawsuits unyielding to sexual abuse, racism, retaliation harrassment mistreatment or failing to turn a blind eye to abuse against others. Or inciting hatred and hostility against myself by indicating that Im a black man that can read and write.

8. This incites white supremacist to feel as if their white privilege positions are being challenged where they react violently to show they have power to act in a means above the law and that black inmates are not human beings.

9. I have a massive grievance record providing evidence of the above Facts because Every Single Grievance I Ever wrote has been Denied or Obstructed over the past (8) years Ive been illegally confined on CM and circulated in transfers around these (4) SAME CM Units in the North Florida-Panhandle. Never being afforded a Fresh Start at a New CM (Close Management Unit) beyond this Region, Free of revenge seeking officers with hostilities against me.

10. Im made to look like the bad guy with 90% of disciplinary reports written against me being "FALSIFIED" and Most of them obviously bogus. But who cares for fairness or has any worry or concerns for any penalty against them For Falsifying reports or police brutality when the above cited Conspiracies are conducted granting Immunity For All Out Corruptions

14

11. The Inspector General's Office and Secretary Office have conspired to facilitate and condone criminal assaults illegal confinement falsified reports retaliation free reign of police misconduct mental health blackball scheme and All out forfeiture of the Plaintiff's safety and well-being by systemic design.

12. This Conspiracy has been conducted based upon Inspector General's Office Falsifying Documents to conceal cover up and facilitate criminal assaults against Chestnut, illegal confinement by falsified disciplinary reports and unlimited abuse physically sexually mentally and emotionally inflicted by FL. DOC officials.

13. This has transpired against Chestnut over the past (8) years he's been illegally confined on Close Management (CM) in Retaliation against him for filing Complaints or verbalizing Complaints against corruptions of racism wich has given rise to all forms of malice, evil, and inhumane treatments

14. Since Chestnut is poor, black, and uneducated in Law the Inspector General's Office as well as Secretary's Office has given free reign to officials at Institutional levels to subject Chestnut to repeated violence and dangerous environment with no regard to any penalty consequence or criminal law violations being enforced upon them. In North Florida Region CM Units.

15. The I.G. and Secretary Office has refused to take Any Corrective actions, Intervene, protect, discriminate, fail to investigate, Sabotaged Video and Audio evidence, obstruct grievance process and has targeted Chestnut with these white supremacists racist occult methods subjecting him to this Blackball Scheme where the circumstances provide assurance to all conspirators that Chestnut has no rights no protections no help and can be

15

persistently attached at leisure while establishing a hostile and dangerous environment around him.

16. This has been established by Negative transfers of Chestnut consistently to the same Institutions he was previously transferred out of for alleged adjustment issues or safety and security causes.

17. Circulating him around the North Florida Region Institutions that are designated for housing CM inmates.   Florida State Prison, Santa Rosa C.I., Union C.I., and Suwannee Correctional Institution. Chestnut has been repeatedly circulated around these SAME Institutions over the past (8) years he's been on Confinement.

18. Why has Chestnut not been transferred beyond this Region to a CM institution over the past (8) years where he can be provided a fresh start to progress off CM confinement?

19. Because he's been targeted by racist occult operations as cited above and by him being circulated around the Same Institutions where he's being savagely physically beaten and sprayed with chemical agents unlimited amounts of time as well as all other forms of abuses maintains the hostile and dangerous environment against him. Satisfying racist retaliations.

20. What Competent Classification system would deliberately persist these circumstances Unless Chestnut was being targeted for violent and dangerous attacks as expressed in this document.

21. The facts of the record will reveal irrefutable evidence that Chestnut's Claims are true. Failing to grant relief would subject him to repeated danger and unyielding violence. To disregard these facts will also be a Public Injustice warranting these documents to be posted online and presented for Federal Intervention.

16

22 Every instance of police brutality against Chestnut has been "swept under the rug" and officials taunt him about it such as Captain Michael Brown who stated, "The Inspector General's office will always cover it up by saying minimal force was used or the force used was necessary."

23 Despite the force used being entirely illegal as it was perpetrated by defrauding Use of Force CamCorder and Obstructing Policy In addition to ~~petition~~ other inmates being beaten brutally sent to outside hospitals seriously injured or even killed in similar pattern of Camera Defraud each time

24 All the facts would be on Video just the same as when innocent Unarmed Black Men or Children are gunned down in the streets and it is covered up and Nothing ever happens.

25 In many instances of Chestnut being brutally beaten by officers the same "Use of Force CamCorder Defraud Scheme (wich Chestnut Exposes in detail in this document.) is executed against him

26 Chestnut will also be highlighting (many) different instances when he was brutally beaten on Video Camera, plus additional instances when he was beaten by Correctional Officers then placed on Video Camera subsequently as well as many instances when he was assaulted with malicious applications of chemical agents

27 Any fair investigation conducted by Policy Regulators unassociated with the partakers of conspiracies to Facilitate the persistent violence and dangerous hostile environments Chestnut has been subjected to will Find that the Inspector General has been Falsifying Reports, documents, data, Sabotaging video/audio evidence, etc. in violation of Florida Statues § 944.35

17

28. Chestnut first Exposes the civil scheme the Inspector General's Office has been Facilitating and condoning to allow free reign to prison officials to inflict Police Brutality Malicious Battery Sexual Misconduct and Fail to Report by Falsifying Documents to Cover Up these Illegal Criminal acts.

29. This scheme is conducted behind the guise of a legally justified Cell Extraction.

It is conducted in a routine pattern so obvious that any fair minded person can perceive whats really going on.

30. (5) Officers dressed in riot gear are lined up outside the cell of the inmate being attacked.
The first officer holds a thick plexiglass shield or an Electrical Shield.
The Supervisory official then defrauds the Use of Force CamCorder as if the inmate is refusing to cuff up

31. This is usually done by officials acting as if they didn't hear the inmate affirmatively respond "Yes" that "He would cuff up" (to be pulled from cell).
They then quickly blitz into the cell to beat the inmate.
Sometimes they'd clearly hear the inmate say "Yes. He wished to cuff up" and they'd still disregard this fact refusing to allow compliance and still rush into the cell to beat the inmate.

32. Usually when this method is utilized to force the inmate into being brutally beaten by cell extraction the Use of Force Camera Operator stands off afar as to prevent audible clarity of inmate, aims the camera at the backs of the officers or in direction to obstruct view of inmate and they quickly blitz the cell to beat him.

18

33. The other method is the officers would direct the inmate to strip down to conduct a strip search for handcuffing procedures.

34. Then somewhere along the lines of the "Strip Search" an officer will give an Order wich he knows the CamCorder Operator would be standing off so far that he could Lie as well as other officers and defraud the CamCorder by falsely declaring, "The inmate is refusing to show the bottom of his feet" or "refusing to wiggle his toes" or "refusing to squat and cough" Anything to say / Falsely Claim that the inmate is being non-Compliant with strip search procedures, then they run into the cell and brutally beat him.

35. The cell extraction team officers knock the inmate down with the glass shield or electrical shield wich shocks the inmate with electric volts.

36. Then officers inside the cell and outside the cell position themselves to block and obstruct the view of the Use of Force CamCorder while the inmate is being beat with handcuffs being used like brass knuckles and punch kick choke or bang the inmates head into the concrete floor repeatedly or gauge their eyeballs twist and bend fingers with intent of breaking them and inflict all forms of brutality with intent of causing as much pain and injury as possible. Officers will also use these opportunities to sexually abuse many inmates.

37. While this brutality is taking place officers yell out "Stop resisting! Stop resisting! Stop resisting!" in order to drown out the sounds of the blows they are inflicting as well as the inmates voice incase he's yelling in pain. Then they cover his face with a Spit Shield to conceal the injuries from the Use of Force CamCorder.

38 The medical Staff then down plays the injuries or Falsifies the medical

19

reports.

39. In Chestnut's circumstances this pattern has been routinely conducted so frequently it would be impossible for any reasonable person to review the Videos and Audio as well as all the additional evidence of foul play to inflict these schemes without realizing the Inspector General has been falsifying documents to facilitate these evil schemes of violence in conspiracy with Florida D.O.C officials

40. When these violent crimes are committed many Use of Force Policy violations are exposed because to break the law and policy provisions requires a malicious intent to disregard protocol. These protocol violations provide additional evidence of the true evil and malicious motive that they're attempting to mask with policy.

(Chestnut)

41. Such as in one incident when I was attacked by cell extraction team at Florida State Prison in medical infirmiry cell, in 2017 "Officials swung the cell door open at the same time they were allegedly asking him if he was going to submit to hand restraints"

42. "How could he cuff up if officers are running into the cell to beat him because your swinging the cell door open as you ask this question?"

43. Since he was on (SHOS) Self-Harm Observation Status he couldnt have chemical agents utilized against him so officials conspire with mental health doctor to order an (ETO) shot Emergency Treatment Order. Then they say you are refusing to comply with getting the shot so they can justify utilizing cell extraction team to beat you, but Video Cameras will show No nurses or mental health staff appearing at Chestnut's cell prior to cell extraction team which Exposes this was a sole criminal attack, because a doctor or nurse must make some kind of observation of you for why you need an ETO shot.

20

44. Then you will see after ^Chestnut was lying facedown subdued in handcuffs looking directly up at the Use of Force CamCorder an officer swung the legshackles like a pair of nun-chucks and bursted my head open. Blood poured from it like a water faucet.

45. Another incident when ^Chestnut was beaten by the cell extraction team in December 2019 at Union C.I., the attack was conducted the exact way I previously exposed this scheme.

46. Except they waited until ^Chestnut stripped down naket before defrauding the CamCorder as if I was being non-compliant and then ran into the cell to beat me" To beat him while naket where he could be sexually ^Chestnut Assaulted!"
^Chestnut wrote the Courts regarding this incident and alot of outside eyes Inquired, so the Colonel (Chief of Security) of the Institution indicated in the Use of Force Report that "he could hear Chestnut saying that he was being beat with the handcuffs and from all the blood he viewed on the video on Chestnut's face the Force used on him appeared to be excessive." (SEE EXHIBIT 1)

47. Just like in the first cited instance no Corrective Actions were taken by the Inspector General's Office and they Falsified documents that "no malicious Force was utilized" despite all the Video/Audio and additional policy violations being clearly manifested and perceivable.

48. This same routine was commenced against Chestnut to brutally and maliciously beat him behind the guise of a cell extraction team also at Santa Rosa C.I. in October 2020 where officers appeared at his cell with an Electrical Shield then the Use of Force CamCorder sho[w]s officers punching him in his head as he was lying face down. While he was being punched in the head (2) White Shirt Supervisory officials stepped up into the doorway to block/obstruct the view of the Use of Force CamCorder.

(BACKGROUND HISTORY OF VIOLENCE)

49. The Plaintiff was transferred back to Union C.I. in November 2021. Eachtime, Lt. S Peugh and Captain Brown crossed paths with the Plaintiff they taunted and mocked him about the way they'd brutally beaten him, bragged about how they'd gotten away with it and they would get away with it again"

50 Lt. S. Peugh taunted that " Lt. R. Brown wanted them to get him and since he'd been wanting to get the Plaintiff for a long time he didn't have a choice."

51 When officers beat inmates they all sit around and watch the videos and laugh about it and joke about it. Plaintiff became a target for other officials who all shared the spirit of being" above the law" and spreading the word that" they could beat the Plaintiff anytime they chose to do so because they'd been getting away with it for years."

52. / When Plaintiff was in a SHOS cell Self-Harm Observation Status in December 2021 Lt. S. Peugh, Lt.J. Russell, Lt. Roberts and Captain Brown appeared harrasing him and" threatening to beat him with cell extraction team if he didnt move out of the SHOS cell" (Captain Brown and Lt. S. Peugh had summoned the same officers who'd beaten him a year previously that were on the cell extraction team)

53 The Plaintiff heard Lt. Roberts on a cellphone stating," We're gonna beat this shit out of him again! He likes getting his ass beat. We're always beating his ass" Under these circumstances of Plaintiff being Targeted by widespread conspiracy being facilitated by the Inspector General's

54  Office, Attorney General's Office, and Secretary of Department of Corrections representative's to cover up with with and condone all attacks being made upon the Plaintiff for many years, the Plaintiff agreed to move from the SHOS cell under these threats.

55  When Lt. Burns was made aware that the Plaintiff had been transferred to Union C.I. he appeared at his cell at night time stating "He came to see him" winking his eye taunting him saying "Do you remember what happened at FSP?" Plaintiff replied, "Yeah, when you beat me with all the other officers and Sgt. Wheems." He then stated, "Sgt. Wheems is now a Lieutenant like me, and I'm not talking about that, I'm talking about the showers." Plaintiff replied "He's not racking like that, and not on that." (Lt. Burns was referring to a sexual assault he'd made against Plaintiff). Plaintiff then walked away from his cell door.

56  Lt. Burns had always been hostile towards the Plaintiff for not submitting to his sexual harrassment.

57  The first opportunity he'd gotten to attack Plaintiff he took it.

58  Plaintiff was experiencing mental health crisis and attempting to hang his self. Lt. Burns then sprayed the Plaintiff with his hip canister of pepper spray on 2/15/22 to prevent his suicide attempt.

59  Captain Johnson responded to the incident and conspired with Lt. Burns and Lt. Encarnacion to force chemical agents upon him by defrauding camcorder to execute forcing an illegal cell extraction team upon the Plaintiff to criminally beat him.

23

60. On 2/15/22 Captain Johnson conspired with Lieutenant Burns and Lieutenant Encarnacion to illegally spray Chestnut with chemical agents by defrauding camcorder.

61. The Use of Force CamCorder is defrauded by Officers blocking the Camera View or giving Orders to the inmate wich the Camcorder View has been Obstructed From viewing if wether or not the inmate is complying with the Order.

62. For instance the Camera Operator will stand at a distance recording through the cell door Window, but since Officers know it can't see through the cell door they give Orders such as "Show me the bottom of your feet" or "Wiggle your toes", or "Squat and Cough" or something similar wich the Camera cant See and this is usually After you've already stripped down.

63. Then Officers "Lie" and say "The inmate is refusing to comply with Orders or stripsearch procedures" then uses this as justifying malicious assaults with chemical agents and police beatings behind the guise of a legal cell extraction when it is actually malicious battery and attempted murder.

64. In isolated instances it may be also concealed with this scheme but in Chestnuts circumstances it is occurring repeatedly, persistently, repetitively, in same styled scheme wich Chestnut has avidly reported documented and reported diligently and even verbally how this evil scheme is being inflicted even during the Use of Forces upon them and officials still go about doing it with an Above the Law ruthless disregard to their criminal scheme wich indicates a conspiracy by the Inspectors Office having corrupt white supremacist operations that are set in place to conceal and facilitate this criminal

24

practice wich is a wide spread criminal practice.

65. You have circumstantial evidence. Then you have so much circumstantial evidence it becomes physical biological and forensic evidence. Then you have a Blind Eye being turned wich is the design of White supremacist racist methods of evil chosen over Fair equality.

66. This Camera defraud scheme was how these officials assaulted Chestnut on 2/15/22 with Chemical Agents" after having him to strip down naket."

67. Captain Johnson, Lt. Encarnacion, and Lt. Burns then trashed all of Chestnut's legal documents and personal property. In Retaliation. They each said, "They hate snitches!" Administration at this Instituon then said They accept responsibility for his "missing" property, but they will only replace or reimburse his legal documents after he obtains the cost from the Courts" (See EXHIBITS 2)

68. Lt. Burns had previously Sexually violated Chestnut at FSP and participated in an assault against him at FSP with Lt. Weems (See gnevance log# 2203-213-001/22-6-06149/ 22-6-05419

69. Captain Johnson had also already been threatening to attach Chestnut for years (~~illegible~~

25

70. Captain Johnson had previously made threats of "wanting to do harm to the Plaintiff," for hostilities he developed when Plaintiff had been at TCU (mental health inpatient) years prior saying "he was an asshole." He'd made this threat when Plaintiff was housed at Union C.I. on ~~both, from December through~~ ~~February, 2002~~ 12/14/2019

71. Captain Johnson had also attacked Plaintiff with initiating use of force procedures in retaliation @ against Plaintiff for attempting to access mental health services on 12/15/2019

72. Captain Johnson was now again retaliating against the Plaintiff for attempting to access mental health services on February 15 ~~2000~~ 2022. After Lt. Burns sprayed him for attempting to hang his self the Plaintiff was repeatedly sprayed with large canisters of chemical agents and fraudulently justified by Lt. Encarnacion and Lt. Burns defrauding Video CamCorder as if the Plaintiff was being non-compliant with strip searching procedures.

73. Since the Use of Force CamCorder has no X-ray vision to see through the cell door Lt. Encarnacion lied that the Plaintiff was refusing to take off his socks to justify deploying chemical agents into Plaintiff's cell.

74. Plaintiff exposed this defraud easily. After Lt. Encarnacion authorized officials to spray Plaintiff, they all exited the wing to conspire with Captain Johnson who was hiding in the sallyport out of view of CamCorder and orchestrating this attack. The Plaintiff quickly stood atop of his cell toilet in view of camcorder to reveal he was completely naked. And since officer never locked and secured the guillotine he removed his clothing showing that it was all inside the box.

26

(BACKGROUND HISTORY OF VIOLENCE)

75. On 9/7/2018 Sgt. Weems made many threats to the Plaintiff that "he would remove him from his cell without any handcuffs to fight him or be beaten."
Plaintiff was then removed from his cell with the handcuffs never secured upon his wrist.

Plaintiff was forced to defend his self as the handcuffs fell off his wrist. Sgt. Weems and Ofc. De Sue then wrestled the Plaintiff back into the cell and several officers rushed in the cell with them to punch and kick the Plaintiff.

The only officer known to Plaintiff amongst these officers beating him was Sgt. Burns (whose now a lieutenant at FSP)

Sgt. Burns was identified by the Plaintiff based on his previous sexual abuse attacks upon the Plaintiff.

Conspirators then tampered with the video by speeding up the videotape to cast the illusion that the Plaintiff slipped his hand out of the right handcuff to falsify reports to cover up this attack.

Conspirators then Obstructed grievance procedure to further enhance this evidence/video sabotage to prevent further attention to this matter being sabotaged.

The Plaintiff has evidence of the Attorney General's Office participating in the Video Tape Sabotage of this evidence.

27

76. June 8, 2022 Captain Logan Johnson conspired with officials to defraud the Use of Force CamCorder to Force a cell extraction team upon him where he could be brutally beaten. Captain Johnson conspired with these officials on cell extraction team to Falsely allege "Chestnut was refusing to wiggle his toes" during a strip search after he was stripped down naket to justify deploying cell extraction team upon him. (grievance log # 213-2206-0214)
This was done while he was naket so he could be sexually abused. His genitals were yanked and squeezed.

77. Now if you acknowledge when Chestnut was brutally beaten by the cell extraction team in December 2019 and review the Video Evidence you will perceive this incident was done in a mimick-styled Repeat Fashion. Copy Cat styled.
In December 2019; (See EXHIBIT 1)
Officials had Chestnut strip down naket then beat him brutally and sexually assaulted him while naket after defrauding the CamCorder that he was refusing to squat and cough.

78. "Why", in both instances (December 2019) and (June 2022) was Chestnut Non-Compliant with Strip Search procedures "Suddenly" AFTER he was stripped down naket?"

79. Because this was the sick Sexual degrading theme being persistently used to taunt antagonize and traumatize Chestnut wich was initiated by Lieutenant Robert Brown at FSP in December 2018 when he and Sargeant Colin Williams and Captain Steven Lola brutally beat him and sexually assaulted him behind the Central Control room prior to him being transported.

20

80. Infact, you dont have to even view the Video tape from the December 2019 incident you can view the document where the Chief of Security (Colonel Lindsy) indicated" Chestnut was beaten with handcuffs and Shackles and it Appeared to be Excessive Force" (See EXHIBIT 1)

81. After Chestnut was beaten brutally by this Cell Extraction Team his Face was covered by a Spit shield (to hide his blood and injuries) so the Use of Force CamCorder couldn't capture Footage of this evidence, as he was taken to medical.

82. Chestnut was then placed back into the cell then the Cell Extraction team brutally beat him again took him back to medical and placed him back into the cell again (Cell #V3-103)

83. Chestnut was later placed into a Shower cell and "gassed" sprayed with Chemical Agents from Large Canisters while stripped naket in Full restraints (handcuffs and Shackles), by Captain Johnson and Lieutenant Thompkins by order of Warden Travis Lamb, as stated in grievance (See grievance log #213-2206-0221 / 213-2206-0215/

84. Also on June 7 2022 Lieutenant Dubborow and Lieutenant Watson gassed Chestnut While Completely Naket and locked inside a Shower cell (in V-Dorm Wing 3) without Any legal justification simply because they could do it, get away with it and get a Sick thrill out of it. (See grievance log# 213-2206-0406

Later this same month in June 2022 Chestnut was brutally beaten and sexually assaulted by Cell Extraction Team in the same above styled fashion aforementioned where officials attempted to Kill him.

29

85. On 6/20/22 Captain Fisher conspired with officials to conduct an attempt to kill Chestnut behind the guise of a cell extraction (See grievance log# 22-6-19375)(22-6-28159)

86. Lt. Encarnacion and Lt. Blythe appeared at Chestnut's assigned cell # V3-103 with a Use of Force CamCorder without ever conducting any Crisis Intervention Technique (C.I.T.) (Any type of interactions for why I was being placed on Use of Force CamCorder or why Use of Force was being initiated.

87. These officials then defrauded the CamCorder as if Chestnut was refusing to comply with Strip Search procedures while the entire pre-meditated plan was to make him strip down naked where officials could spray him while naked to inflict more pain against him

88. The Camera Defraud Scheme was conducted in same usual fashion that chemical agents and cell extraction has been repeatedly and persistently forced upon Chestnut at this Institution as well as other Institutions

89. This scheme is to force (3) applications of chemical agents from (3) three second burst with (3) seperate large MK9 Canisters then deploy cell extraction team into cell to brutally beat you or kill you

90. In this instant the cell lights were turned off so it would be completely dark in the cell so the CamCorder couldnt pick up any footage since it was night time. No light was shown inside cell. The cell extraction team members then tried to kill Chestnut by suffocating him in a choke hold until he was unconcious

30

91. Chestnut was beaten while unconcious and sexually assaulted. Other inmates told Chestnut the Captain and Lieutenants positioned themselves in the doorway so they could block video footage and officers were pretending as if they were speaking to him but Chestnut wasn't responding."

92. These officers then covered Chestnut's face with a spitshield while unconcious and placed him in an escort chair. The nurse never checked him and he was stripped while in escort chair did not get a proper decontamination shower and had feces on him when clothing cut and stripped off him and he was thrown into a cell with no property bed or linen or comfort items. Assistant Warden T. Knox conspired with Captain Fisher to falsify documents to inflict this malicious property restriction, "strip cell" for up to (5) days (See log# 2206-213-222

93. As Chestnut was in medical room Captain Fisher taunted him that, "They'd almost killed him and would keep fucking him up every chance they could get!"

94. Captain Fisher repeatedly appeared at Chestnut's cell following this attack making threats that "It was personal now because he wrote him up" and "He was tired of inmates respecting the white man and disrespecting him because he was a black man" (See grevance log # 213-2206-0405/22-6-29426

95. The Administration then conspired to deprive Chestnut of All showering hygiene to instigate him into creating a disturbance where they can Assault him and try to kill him and sexually abuse him again. Each time Chestnut was is denied showering they threaten to "Rape him or tear his ass again and beat him worse then previously or be ready when they turn the lights off on him again." (See log# 22-6-29426) These threats were made by Lt. Manugy and Officer Carter.

31

96. Prior to this malicious battery Sgt. Jackson had denied Chestnut of his shower and had been previously getting into altercations with Chestnut on behalf of Lt. Burns who'd previously sexually violated Chestnut at Florida State Prison when he was a Sargeant. Lt. Burns had also previously participated in an assault against Chestnut with Lt. Weems who was also a Sargeant at the time at FSP.

Lt. Burns had previously assaulted Chestnut with Lt. Encarnacion on 2/15/2022 and then trashed all of Chestnut's legal documents and his personal property, as they taunted him about it that "they hate snitches!"

97. In order to facilitate Sgt. Jackson personally getting revenge Captain Fisher placed him on cell extraction team which was in direct violation of Use of Force policy.
Officer Jerow, Officer Jamison, Officer Walkman, and another John Doe officer participated in cell extraction assault and sexual battery upon Chestnut with Sgt. Jackson.
Lt. Blythe also conspired in this assault spraying Chestnut illegally with Chemical agents defrauding CamCorder.
(See grievance log # 22-6-19379)
Lt. Encarnacion also participated in this assault/attempted murder by assisting with the Use of Force CamCorder Defraud scheme just the same way as he'd done in February 2022 previously.

32

98. On 8/24/22 Sgt Rulewitch and Officer Mattox obstructed Chestnut's legal mail and took all of his clothing while leaving him naked in his assigned Cell#V3-110 sexually degrading him, demanding him to do sexually degrading acts during alleged "Strip Search" in order for Chestnut to attend mental health services. Since he refused to conduct such acts he was left in his cell Naked without anything to cover up with.
(See grievance log #'s 2208-213-155 / 2208-213-156)

99. In this incident Sgt. Rulewitch made threats to fuck me up and demands for me to touch my genitals then run my fingers through my mouth. (log # 213-2271-0180)
Prior to me being placed into the cell I was escorted from S-Dormitory where Sgt. Rulewitch made threats and racist slurs to me while on CamCorder threatening to "Fuck me up the way he did to me in (December 2019) last time to show me that he dont give a damn about my lawsuit" (while on CamCorder)

100. Sgt Rulewitch is aware of legal actions in State Court concerning this assault he participated in against me in December 2019 and set on retaliation. He is a white supremacist as well as his friend and fellow co-worker officer Mattox. Sgt. Rulewitch and officer Mattox have been persistently attacking and sabotaging my legal mail proceedings.
(See log# 2211-213-018

They've both called me "nigger" on random routine occasions

33

Camera and Audio Malfunctioned.
(See grievance log # 2210-213-0959)

101. On 9/21/22 after reading "Kites" being handed to him by an inmate next door to me Sgt. Rulevitch also handcuffed this inmate then stepped inside of his cell with him giving him Knives to stab me and other inmates.
(See grievance Log#'s 213-2209-0426 / 2210-213-077)

102. On 10/8/22 Sgt. Rulevitch threw tray lids at Chestnut's cell door to taunt and threaten him.
(See grievance log# 213-2210-0154)

103. When Chestnut filed Complaints that the Administration at this Institution was sabotaging Video and Audio devices to Obstruct and conceal or destroy incriminating evidence it was indicated to him that " Any camera malfunction is immediately reported, and steps are taken as soon as possible to initate repairs"
(See grievance log #'s 213-2209-0336 / 2210-213-079)

104. On 10/17/22 Sgt. Rulevitch escorted me to speak with Inspector Alexander repeatedly calling me" a snitch and threatening they'd get me for snitching."
Him and Officer Mattox escorted me and they both were standing outside the door listening while I spoke with Inspector.
Upon escorting me back to my assigned Cell # V3-110 he and ofc. Mattox told me " They'd been listening and they had something for my snitching ass"
I'd also informed this Inspector to present Video Tapes from 10/3/22 pertaining to Sgt. Rulevitch removing my handcuffs on Video Outside of my cell in Violation of CM1 policy and Heightened Security Status wich Ive been on in Retaliations for filing Complaints. (See grievance log # 2210-213-125)

34

105  On 10/3/22 Sgt Rulevitch threatened, "Im gonna show you the fucking cameras dont work and Im gonna come inside your cell and fucking rape your ass again! Im gonna take your fucking handcuffs off On Video Camera to show your ass I dont give a fuck and the warden dont give a fuck about your black ass! If we say the camera malfunctioned like we always do." He also said " the NAACP niggers dont do shit" and " He gave an inmate a knife to stab me" and " the I.G. is to protect officers not inmates. you been writing shit for years and they havent done shit to help your black ass. You aint getting shit but your ass beat. No mental health, nothing but your ass torn again! When we get inside Im taking your cuffs off on camera to show you Im not lying, we can rape your ass on camera whenever we get ready and get away with it. whenever we get ready like Sgt McClure told you and we're gonna get you!"
Video Cameras then show him removing my handcuffs on Video Camera in violation of all policy to confirm his threats.
( See grievance log # 2210-213-123)

106. On October 10 2022 and October 12 2022 Sgt Rulevitch, Mattox, and Wiggins obstructed me from Mental Health treatment access as they'd been threatening they would do then conspired with mental health staff to Falsify Refusals in my medical File.
( See grievance log#'s 213-2210-0153)(22-6-32675 &
22-6-32675)

107. On 10/19/22  Sgt Rulevitch made taunts and threats of "Fucking me up" and " Calling me a snitch" to incite inmate violence and officer attacks against me.
This has been a routine thrill for these officers

35

108. On August 22, 2022 Sgt. James McClure pushed Chestnut down, violently and without provocation or justification inside his cell causing him to injur his leg. He then wrote a bogus disciplinary report to cover up this assault conspired with Lt. Weems to falsify this report. Despite Video Cameras showing Chestnut "never made any attempt to Kick officer" as report falsely indicated.

109. Following this attach Sgt. McClure persisted in calling Chestnut racist slurs, sexual harrasment by winking his eyes, Kissing at him spiting in his food On Video Camera insults and threats of "getting him again."

110. When Chestnut filed Complaints of "Video Cameras showing him spiting in Chestnut's Food" Lt. Taylor falsified documents that "the "Video Cameras malfunctioned." As well as when Chestnut called Video Camera to show he "Never made any Attempts to Kick Any officer." (See grievance log#'s 2208-213-199) The more Chestnut filed Complaints, the more Sgt. McClure increased his attacks and retaliation.
22-6-28159 / 22-6-26862 / 22-6-28161 / 2208-213-159

111. When Chestnut filed Complaints for Protection from these officers and inmates they were inciting with violence against me by alleging I was a snitch and putting out hits the Administration at this Institution conspired with Lieutenant Russell and Lieutenant Roberts to falsify documents against me to Obstruct protections against me.
(See grievance log#'s 2206-213-155 / 22-6-21742 / 2206-213-030) 22-6-19037

112. When once expressing to the Warden that "he'd been assaulted by Sgt. McClure and he falsified disciplinary report against him to cover it up" the Warden replied by directing officers to, "Gas the hell out of Chestnut. Put him on camera and gas the hell out of him!"

113. The Warden has also authorized officials to spray Chestnut with Chemical Agents on persistent occasions while he was already restrained in handcuffs or handcuffs shackles and waistchains.

114. When Chestnut expressed to Warden he was placed on a spit shield due to a bogus disciplinary report that he attempted to spit on an inmate which video cameras will reveal" he responded by telling Chestnut "He'd keep him on it indefinitely because he had "his ways of getting around policy"

115. When Chestnut expressed to Warden that mental health staff dis-charged him from SHOS status despite him expressing to them he would harm himself and this resulted in him hanging himself where officers had to emergency breach cell to rescue him" he replied "he authorized Mental health staff not to provide him help for cussing them out and he was tired of all of Chestnut's complaints."

116. This has resulted in Chestnut's mental health deteriorating, Causing him to make persistent suicide attempts, extreme depression, and get maliciously assaulted or brutally beaten by officers when ever seeking mental health treatment and blackballed from all medications.

37

117. On November 1 2022. Chestnut had a legal call. Sgt. Rulevitch and Officer Mattox escorted Chestnut to Classification area into a room out of view of camera surveillance. These officers then punched and slapped Chestnut in the face, his head, and punched him in the stomach saying " Didn't we tell you we were gonna get your ass nigger! We got something for you everytime you start snitching." And twisted his genitals.

118. Chestnut filed a grievance complaint regarding this assault upon him. He never received Any Response. Every time he has written request forms or informal complaints inquiring into this, he's never gotten any response.

119. On November 09, 2022. Chestnut was released from W-Dorm SHOS status and Sgt. Rulevitch appeared with Officer Wiggins and Lieutenant Taylor where they stood by and watched Sgt. Rulevitch as he used the guise of a strip search to sexually abuse me by repeatedly telling me to lift and seperate my penis squat cough spread my butt cheeks and run my fingers through my mouth which was captured on the surveillance camera in SHOS cell (telling me to stick fingers in mouth, show throat, bust my ass, show asshole, play with penis). Chestnut submitted a P.R.E.A. Complaint the next morning When Classification Staff came around with the grievance box. He has never received a response. Not even when he has filed other grievances and request forms inquiring into this matter. These documents have disappeared as well.

120. On 11/18/2022 Chestnut made a hanging attempt. Officer Dean gassed him in process with his hip canister. Officials then conspired to obstruct Chestnut from mental health protections by instructing mental health staff

38

Laprade to put him back in his cell despite Chestnut
indicating to mental health staff Counselor Kushner,
and Wyatt that I'd make another hanging attempt because
I was going through a mental health crisis.

Later this day Chestnut attempted another hanging and
officer Dean sprayed Chestnut with his gas again during this
attempt.

121. Captain Brown, Officer Carter, Lieutenant Weems then conspired
to force further chemical agents and cell extraction team against
me by defrauding Use of Force Camcorder in usual fashion that
"I was refusing to squat and cough" then falsified disciplinary
reports against me and placed me back into the cell.
Lieutenant Manucy also participated in this attack and
threatened me as I was in medical room stating, "We're
gonna get you worse then we did last time when the
'lights' got cut off on you," referring to the June
2022 incident when extraction team tried to kill me.

Captain Brown, M. was also a conspirator in the cell extraction
assault on Chestnut in December 2019. (As detailed in
this document) (See EXHIBIT

(See log #'s 213-2211-0388/213-2211-0387)

39

122 | On 12/7/2022 after I spoke with Inspector J. Langston in classification. Sgt. Rulewitch and Officer Mattox escorted me back to V-Dorm making threatening taunts that "I was a fucking snitch and crying to the I.G."

123 | Inspector Wakely or Whatley was with Inspector Langston and mentioned me getting a shower and a shave.

124 | Sgt. Rulewitch and Officer Mattox placed me in the shower cell, then entered my assigned Cell # V3-110 where they commenced to destroying and destructing my legal documents ripping them and throwing them into the toilet stool. Slinging and tossing them around my cell.

125 | Sgt. Rulewitch and Officer Mattox have been persistently targeting me with white supremacist attacks. Attacking me physically, sexually, and legally. With the Administration failing to take Any corrective actions

126 | On May 31st in V-Dorm Wing 3, Officer Mattox entered Chestnut's assigned Cell # V3-103 as he returned from W-Dorm S110S status infirmary with Officer Wiggins and Sgt. Barton and beat him with Closed Fists

127 | On June 2nd Officer Mattox entered the same Wing slamming his fist against Chestnut's cell window saying that "He beat Chestnut's ass" and yelling out that "He was snitching" about what happened. As an invitation to other inmates on the Wing to harm Chestnut.

128 | Chestnut notified Attorney James V. Cook to seek Video and Audio preservation of these incidents. See EXHIBITS

129 | The Institution destroyed this evidence by saying the Video

40

Cameras Malfunctioned. Despite grievance logs# indicating Camera Malfunctions are instantly corrected it happens to be a Malfunction during every assault and False report against ~~me~~ Chestnut.

(BACKGROUND HISTORY OF VIOLENCE)

130  When Lieutenant R. Brown discovered that Chestnut had been transferred to Union C.I. he appeared at his cell making threats and taunting him of "How he'd done him at FSP and that he'd be getting him again" and "How he had Something for ~~him~~ him for filing lawsuits against him" on 12/17/19.

He also slung a pair of metal handcuffs violently against Chestnut's cell window to antagonize and intimidate him by re-enacting and expressing that he'd beaten Chestnut previously with a pair of handcuffs in December 2018 at Florida State Prison.

131.  On 12/16/2019 Lt. R. Brown conspired with officers to place Chestnut on property restriction in attempt to curtail his legal actions and possess his legal documents to read what claims were being raised or filed against ~~him~~. him

132  On 12/18/2019 Lt. R. Brown conspired with Captain Brown, M., and Lieutenant S. Peugh to defraud Use of Force CamCorder to have Chestnut brutally beaten by cell extraction team. Lt. R. Brown lurked around behind the view of the Use of Force CamCorder while Chestnut was being beat. As he was being seen by medical Lt. Brown, R. was hiding off camcorder by standing inside nurse office across the hall from the medical exam room "winking his eye" at Chestnut and doing "gunshot" hand gestures at Chestnut to indicate he'd been responsible for this beating. Which is explained in detail on the following pages

41

133   On December 18 2019 Lieutenant Sterling Peugh and
Captain Michael Brown conspired to inflict criminal assault
and battery behind the guise of a legal cell extraction.

134   After three applications of chemical agents these officials asked
Plaintiff "was he ready to cuff up" in order to defraud the
Use of Force CamCorder and audio as if they were following policy
provisions and make the cell extraction force look legal.

135   Plaintiff repeatedly expressed that "He wished to cuff up" as
to avoid the routine brutality these cell extraction teams inflict

136   Lieutenant Peugh was giving orders for strip search procedures.
Plaintiff was in full compliance with strip search procedures
then as the Plaintiff was completely naked he directed his
cell door to be rolled open for cell extraction team to brutally
beat him as was pre-meditated and conspired by defrauding
the Use of Force CamCorder as if the Plaintiff had waited
until he was completely naked to become non-compliant.

137   It was waited until he was completely naked to inflict the
utmost embarrassment humiliation and sexual assault.

138   The Cell extraction team officials consisted of Defendant's
Sifoa Robbins, Trent Rulevitch, Willie Oliver, Lyndell Hampton,
Robert Petry, who commenced to beating the Plaintiff with
metal restraint handcuffs and leg shackles in his face, across
his head bursting open several gashes breaking his left middle
finger and damaging his left eye. His bowel movement was
also erupted by these officers sodomizing his rectum area with
metal restraints in sexual assault. These Officers had also drug
the Plaintiff to the back of the cell to ensure maximum obstruction

42

of the Use of Force CamCorder surveillance.

139 | Officer JOEL Starling was operating the Use of Force CamCorder

140 | The bleeding from the Plaintiff's injuries was too severe to be controlled by medical nurse in the Dormitory so he had to get escorted to the Urgent Care Medical Dormitory for an excessive amount of stitches in several spots across his face and skull.

141 | Captain Michael Brown directed officers to turn off CamCorder in violation of Use of Force provisions, during escort to Urgent Care he taunted the Plaintiff that, "He'd been getting away with beating inmates for over 20 years"

142 | Colonel J. Lyndsy Lindsey cited that "He reviewed Use of Force and notated the injuries did not appear to be consistent with a forced cell extraction and looked to be excessive force and he notified the Warden and duty officer Snow who advised him that medical staff must be the one to determine the use of force as being excessive or inconsistent."
This was conspiracy to cover up and facilitate these type of criminal assaults to persist, because the Colonel is the designated Chief of Security who's responsible for identifying excessive malicious force and implementing protocal and procedure to prevent these attacks from recurring.      Plaintiff
Investigation into other similar attacks against ~~Dale~~ at U.C.I. and other prisoners will indicate no corrective measures were ever implemented to persist in conducting such criminal assaults. Colonel also cited, "He heard the Plaintiff screaming out that he was being beaten with the handcuffs"
The Colonel (J. Lindsey) also directed officials to file disciplinary reports against the Plaintiff for reporting this Criminal assault to the Federal Courts (See grievance log # 1912-213-102 / 1912-213-121)

43

143  Lt. Robert Brown has since returned to Union C.I.
Upon a new Warden arriving within the past month or two
particular grievances I file have been disappearing such as
grievance complaints against Sgt. T. Rulewitch for physical
assaults and sex abuse involving him officer Mattox and
the occassion with Lt. Taylor and Officer Wiggins.

144  Also since the arrival of this new Warden alot of officers
who'd been removed from working the Dormitory I'm
assigned to (V-Dorm) or away from the Institution have
returned. Lt. Robert Brown is one of them and
Lt. B. Johnson is another.

145  Since Lt. R. Brown's return he's been persistently making
appearances at my cell door all throughout the month of
November 2022 making threats that " He couldn't wait
to catch me and Fuck me up again!"[100]

44

146   Since Sgt. Rulewitch is aware of a Civil Suit Action against
him pertaining to assault he participated in as previously
explained, ( Case # 2022 CA 000350)
also See EXHIBIT 1 )

147   Sgt. Rulewitch has been Set Upon Persistently targeting
and Attacking Chestnut as previously indicated with
all forms of Violent retaliations, sexual abuse degradation,
mental health treatment sabotage, and destruction of his
legal documents and interference with legal mail, denial of
outdoor recreation (See log #'s 213-2209-0134/213-2211-0181/
2210-213-049 )(213-2210-0187/213-2210-0104/213-2210-0342 )
Racist slurs, harrassment, threats of violence, and inciting
Inmate violence against him by spreading Lies that he
is "snitching"

148   The Inspector General's Office and Administration has been condon-
ing and maintaining dangerous environment upon Chestnut by
failing to take Any Corrective Actions as well as Falsify
documents to Facilitate these Attacks and dangerous
circumstances against him in conspiracy with Secretary of
D.O.C. Office representatives addressing All his Complaints with
deception, discrimination, and cause more retaliations against him
Increasing hostilities and attacks upon him.

149   Sgt. Trent Rulewitch is beating/assaulting Chestnut every opportunity
he gets. When Chestnut filed grievance reporting this last assault
~~on September 23rd 2022~~ in November on the 1st and 9th no
response was returned but it is the routine practice against
Chestnut to Take No Corrective Actions in this Region

150   On ~~December~~ November 30 Lt. Encarnacion and Lt. Randall retaliated
against Chestnut for filing and verbalizing Complaints

45

concerning him never being afforded to shower and shave. They threatened, "We're gonna gas your ass and fuck you up again if you dont quit complaining about showering and haircuts. You aint getting it!"

151   Lt. Encarnacion then initiated the routine Use of Force Camera Defraud Scheme as routinely inflicted against me to commit illegal assaults upon me.

152.   Lt. Randall Falsified a disciplinary report to cover this up that "I was creating a disturbance".

153   When I was interviewed by Inspector Wately and Inspector J. Langstan on December 7 2022 they had to instruct officials to allow me a Shower and Shave. Thats how corrupted this Institution is. This Inspector told me that my grievances allegedly being referred to the Inspector's office were actually Not. Stating that, " Why would the Institution refer to the Inspector General Complaints regarding you not showering ?" Thats the something I was wondering.

154   This proves that grievance process is being made a mockery of to condone abuse and foul play. The following Log#s are grievances "Referred to the Inspector General's Office" Concerning me not being afforded to take a Shower.

46

155 On December 13 2022 Chestnut attempted to report repeated sexual harrassment threats and assault made upon him by Sgt. Rukwitch and Officer Mattox and threats to cause him further harm by "calling him a snitch" and saying this to incite inmate violence against him and "they'd get his ass" and "put his handcuffs across my head and beat the black off my ass like he did last time", to Lt. B. Johnson. This official then threatened Chestnut with using force against him in retaliation.

156 The record indicates no protections will be afforded Chestnut or any Correct Actions and he is a target of retaliation and a dangerous environment established against him.

157 For the Court, this honorable Court, to overlook this fact and prevent Chestnut from proceeding under the Imminent Danger provisions would be an injustice and unduly take up precious time and resources by thwarting irrefutable facts of danger that are ongoing and persistent wich would cause Chestnut to have to keep making appearances before this Court and other forums upon every new attack wich has been threatened against Chestnut and the threats are being carried out randomly, persistently, and no regard to any policy or legal provisions.

158 Enforced by Secretary, and Inspector Generals Office.

159 Chestnut was also removed Abruptly from his medications (psychotropic) in retaliations wich has caused him heart palpitations, frequent anxieties, claustrophobic breathing attacks, and panick attacks, random dizziness, labored breathing, all dangerous and harmful to his health and well being.

47

160 On 12/15/22, despite Sgt. Rulewitch being the subject of my PREA Complaint he was referred to address it by appearing at my cell to degrade me during strip search procedures as persistently reported in my complaints to escort me to the Classification office area    to make a PREA phone call against him in Violation of Rule 33-103.006(3)(j)(1)(b) (grievances alleging sexual abuse shall not be referred to the subject of the complaint)

I reported the sex assault involving Sgt. Rulewitch and officer Mattox on November 1, 2022. Indicating since these officers were making repeated and persistent attacks of retaliations against me which I'd been persistently reporting, they were deliberately taking me into blind spot areas to physically attack me which the Administration at this Institution has facilitated against me.

161 I also reported the 11/9/22 Stripsearch conducted upon me on SHOS Cell Video Camera by Sgt. Rulewitch, Lt. Taylor, and officer Wiggins which was abusive and sexually degrading.

162 Following this call on 12/15/22 Sgt. Rulewitch again (as he'd done November 1, 2022) violently grabbed and twisted my genitals stating, " I got you by the balls now nigger what you gonna do!"

Later this day approx. 4.10pm - 4:25pm Sgt. Rulewitch appeared at my cell to take me to medical for a PREA exam against him" I refused feeling uncomfortable due to his repeat persistent sex and physical abuse. He then lashed out stating, "Your a bitch a check in pussy you check in bitch you pussy Im gonna fuck you up bitch you fucking snitch check in" He then returned with the nurse to have him witness me sign refusal and I expressed this to the nurse when Sgt. Rulewitch walked off he stated, " Im

gonna get an inmate to stab your ass gang to the
"Showed."

163 On 12/16/22 Lt Weems appeared at my cell
asking me to write a statement concerning the
PREA call I reported on 12/15/22 then he never
returned to get the statement as officials falsified
documents.

164 On 12/19/22 Sgt. Rukwitch rolled my cell door
and entered it with officer Bias, C and began wrestling
choking and physically beating me. When other officers
arrived I was placed in handcuffs and shackles Face
down. Then Officer Mattox began punching me in the
back of head, face, mouth and nose and my left eye
and mouth. Officer Osborne and Sgt. Rukwitch also
inflicted punches. They also beat me with closed fists
between my legs striking my genitals. I sustained injuries
to my left eye, knees, head concussions, right side of back,
vision damage, chipped bottom tooth. Severe pain in testicles
Nose Fracture
Medical Nurse Nicles Failed to document all my injuries or treat
them.

49

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

See Attached pages in Statement of Claim Section IV

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see attached pages in Statement of Claim sectio IV

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Sustained head concussions facial scars head scars persistent migraine and flashes of loss visions permanent damage of left middle finger and pain. Neck and back pain right knee damage shoulder pain chipped teeth stomach pain dizzy spells

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Injunctive Orders to restrain Officers listed in Complaint from persisting in violent attacks as well as release from Close Management or transfer beyond North Florida Region CM institutions he's been circulated around the past 8 years to be allowed a fresh start where dangerous environment of retaliations haven't been maintained upon him. Also $100,000.00 Compensatory and Punitive Damages.
Also Injunctive and Declaratory Orders to Change Policy to prevent officers from forcing violent attacks upon inmates as will be listed in Attachments.

50

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Union Correctional Institution

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Every Claim raised in Complaint was Fully grieved and exhausted

51

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.     Where did you file the grievance?

In Florida DOC at Union Correctional Institution

2.     What did you claim in your grievance?

All the facts listed in Complaint.

3.     What was the result, if any?

Further Retaliations against me for filing Complaints.

4.     What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Filed Appeals through each level of grievance process until completed

52

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

N/A

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

U.S. District Court, Northern District, Tallahassee Division (See Attached pages)

53

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Please see Attached pages Concerning Litigation

Defendant(s)    History in Section B (Previous Lawsuits)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Still pending

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

54

☑ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.  Parties to the previous lawsuit

        Plaintiff(s)   Please see Attached Pages (under Section VIII

        Defendant(s)   Previous Lawsuit) concerning my Litigation History

    2.  Court *(if federal court, name the district; if state court, name the county and State)*

    3.  Docket or index number

    4.  Name of Judge assigned to your case

    5.  Approximate date of filing lawsuit

    6.  Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition

    7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

55

I have Filed Many Civil Complaints. Most Case Numbers ascribed to me as "Civil Complaints" here not Actually Civil Complaint Actions, but rather me Notifying the Court of particular incidents and attacks made against.

Ive previously been allowed to proceed Under Imminent Danger Status Occassionally, but Withdrew my Complaint either upon manipulation or threats by D.O.C. officials in the North Florida Region or under belief that danger may've decreased upon transfers while failing to realize I was being transferred around the Same North Florida Close Management Confinement Units over the past (8) years where dangerous environments here being established and maintained against me at Santa Rosa C.I., Suwannee C.I., Florida State Prison, and Union C.I.

Not Once have I ever been afforded a Fresh environment at Any Close Management Unit beyond the North Florida CM Institutions above cited wich indicates Evidence Ive been "Targeted" For white supremacist retaliative attacks of repeated violence and torment as expressed in this Complaint.

Due to this evil conspiracy against me Ive filed Cases in the Northern District Tallahassee and Pensacola Divisions also in Middle District Jacksonville Division.

I no longer have the documentation listing the Case Numbers I have on file in these Court Forums due to Florida DOC Corrections officers persistently destroying my legal documents (See EXHIBIT 1 attached)

I present these facts so the Honorable Court wont feel as if Im attempting to defraud or failing to disclose or

56

being dishonest concerning my litigation history or prevent any assumptions of me attempting to give misinformation.

However all the legal documents in my possession listing the Cases Ive Filed I am listing in this Complaint to the best of my knowledge.

Ive also previously mailed Letters for All Case Numbers Ive filed in Northern District Pensacola and Tallahassee Divisions, as well as Middle District Jacksonville Division, to fully disclose my litigation history. Presently Im Under Imminent Danger Circumstances and must present only what I can

Case Numbers# 3:18cv01302-TJC-JK / 3:18 cv 615-J- 32mcR/ 3:18cv489-J-34PDB /3:18-cv- 631-J- 39PDB /3:18-cv- 875-J- 34JRK / 3:18-cv-1505-J- 25JBT /3:15-cv-1173, 3:15-cv- 1270, 3:15-cv-1343, 3:17- cv- 424, 3:18-cv-1082, 3:18- cv- 1171

Voluntarily Dismissed/Withdrawed Case Numbers in Northern District # 3:15-cv- 46 / 3:15-cv- 69   and for Middle District, 3:18cv- 01302-TJC-JK

Cases Dismissed for Failing to State Claim, or lack of jurisdiction, or as malicias or frivolous,  Case Numbers: 4:11-cv-232-mp-WCS / 4:12cv551- SPM-CAS/ 4:14cv403-mW-GRJ

There are many other Case Numbers on file in Northern and Middle Districts but I only have the above listed information because my Attorney mailed this to me. He is currently representing me in Case Number # 3:22-cv-00721-mmH-PDB filed on 6/28/22 and recently filed a second Civil Complaint on December 7, 2022 and I havent received the Case Number for this yet.

I just received these following Case numbers from the U.S.
District Court Northern District in process of preparing these
documents and listed below. Also see attached Exhibit

I also just received list of Cases from the
Middle District enclosed.

3:15-cv-01173-BJD-PDB

3:15-cv-01270-TJC-JK

3:15-cv-01343-MMH-PDB

3:17-cv-00307-HES-PDB

3:17-cv-00424-TJC-JK

3:18-cv-00489-MMH-PDB

3:18-cv-00615-TJC-MCR

3:18-cv-00631-BJD-PDB

3:18-cv-00875-MMH-JK

3:18-cv-01082-TJC-MCR

3:18-cv-01171-TJC-PDB

3:19-cv-01479-MMH-JBT
3:21-cv-18-BJD-MCR

3:18-cv-1302-TJC-JK

3:18-cv-1505-HLA-JBT

Cases matching "GERNARD D CHESTNUT" (as a Plaintiff)
- 3:20-cv-5918-R-EMT Chestnut v. Neel | 6 pages x 50¢ per page = $3.00
- 3:21-cv-43-LC-EMT Chestnut v. Santa Rosa Correctional Institution | 1 page x 50¢ per page = 50¢
- Total: $3.50

Cases matching "GERNARD DENEZ CHESTNUT" (as a Petitioner)
- 4:18-cv-120-WS-HTC Chestnut v. Dixon | 13 pages x 50¢ per page = $6.50
- Total: $6.50

Cases matching "GERNARD DENES CHESTNUT" (as a Plaintiff)
- 3:15-cv-46-MCR-EMT Chestnut v. Carr, et al., | 3 pages x 50¢ per page = $1.50
- 3:15-cv-69-LC-CJK Chestnut v. Burke, et al., | 3 pages x 50¢ per page = $1.50
- 3:20-cv-5679-MCR-HTC Chestnut v. Walker, et al., | 3 pages x 50¢ per page = $1.50
- 3:21-cv-827-LC-EMT Chestnut v. Leavins | 5 pages x 50¢ per page = $2.50
- 3:21-cv-944-LC-EMT Chestnut v. Leavins, et al | 4 pages x 50¢ per page = $2.00
- 4:11-cv-225-MP-CAS Chestnut v. Peterson | 10 pages x 50¢ per page = $5.00
- 4:11-cv-232-MP-WCS Chestnut v. Tamayo | 2 pages x 50¢ per page = $1.00
- 4:11-cv-305-WS-CAS Chestnut v. McLendon | 13 pages x 50¢ per page = $6.50
- 4:12-cv-551-SPM-CAS Chestnut v. Eagen | 2 pages x 50¢ per page = $1.00
- 4:14-cv-403-MW-GRJ Chestnut v. Ross | 2 pages x 50¢ per page = $1.00
- Total: $23.50

Grand total of $33.50

Address for the Middle District of Florida
Unites States District Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street
Jacksonville, FL 32202

Please note for future requests similar to this that the Clerk's Office does have a search fee of $32.00 and will require payment upfront prior to searching for and providing a large amount of case information. This information has been provided as a one-time courtesy.

Thank you,

Deputy Clerk: Taylor McGill

Enclosures:
☐ *In Forma Pauperis* Application
☐ Civil Rights Complaint Form: ☐Prisoner | ☐Non-Prisoner
☐ Habeas Corpus Petition Forms: ☐2241 | ☐2254 | ☐2255
X Returned Mail

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| **Gainesville Division** | **Panama City Division** | **Pensacola Division** | **Tallahassee Division** |
|---|---|---|---|
| 401 SE 1st Avenue, STE 243 | 1 North Palafox Street | 1 North Palafox Street | 111 N. Adams Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 |
| 352.380.2400 | 850.769.4556 | 850.435.8440 | 850.521.3501 |
| 352.380.2424 FAX | 850.769.7528 FAX | 850.433.5972 FAX | 850.521.3656 FAX |

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

| | |
|---|---|
| Signature of Plaintiff | _Signature_ |
| Printed Name of Plaintiff | Gernard Derez Chestnut |
| Prison Identification # | 130146 |
| Prison Address | Union C.I. P.O. BOX 1000 |
| | Raiford                     FL          32083 |
| | _City_                    _State_    _Zip Code_ |

### B.   For Attorneys

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | _____ |
| | _City_        _State_    _Zip Code_ |
| Telephone Number | _____ |
| E-mail Address | _____ |

61